**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | | |
|---|---|---|---|
| IN RE: | **HENRY L. IRVIN** | : | Chapter 13 |
| | | : | |
| | Debtor(s) | : | Bky. No. 09-12150ELF |

# **O R D E R**

**AND NOW,** this case having been commenced on **March 26, 2009**,

**AND**, the Debtor(s) having made an initial request for an extension of time to file the schedules, statements and other required documents having been previously requested and granted,

**AND**, the Debtor(s)' initial request having been granted by the court,

**AND**, the Debtor(s) having failed to file the required documents within the extended period,

**AND**, the Debtor(s) having filed a **Motion for Second Extension of Time to File Schedules, Statements and Other Required Documents** ("the Motion"),

**AND**, the Debtor(s) having failed to set forth a factual basis in the Motion justifying the granting of a further extension of time,

It is hereby **ORDERED** that:

1. The Motion is **DENIED**.

2. **If all of the required documents are not filed on or before May 7, 2009, this case may be dismissed without further notice**.

Date:   May 5, 2009

ERIC L. FRANK
U.S. BANKRUPTCY JUDGE